JS 44C/SDNY
REV. 12/04/2024

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                              DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)    ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No [ ] Yes [ ] _____
(If yes, Judge Previously Assigned)

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]   If yes, give date _____ & Case No. _____

Is this an international arbitration case?    No [ ]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)          **NATURE OF SUIT**

                                TORTS                                                   ACTIONS UNDER STATUTES

**CONTRACT**                **PERSONAL INJURY**         **PERSONAL INJURY**           **FORFEITURE/PENALTY**    **BANKRUPTCY**                     **OTHER STATUTES**

[ ] 110  INSURANCE          [ ] 310 AIRPLANE            [ ] 367 HEALTHCARE/            [ ] 625 DRUG RELATED      [ ] 422 APPEAL                     [ ] 375 FALSE CLAIMS
[ ] 120  MARINE             [ ] 315 AIRPLANE PRODUCT    PHARMACEUTICAL PERSONAL        SEIZURE OF PROPERTY             28 USC 158                   [ ] 376 QUI TAM
[ ] 130  MILLER ACT                 LIABILITY          INJURY/PRODUCT LIABILITY        21 USC 881                [ ] 423 WITHDRAWAL                 [ ] 400 STATE
[ ] 140  NEGOTIABLE         [ ] 320 ASSAULT, LIBEL &    [ ] 365 PERSONAL INJURY        [ ] 690 OTHER                   28 USC 157                         REAPPORTIONMENT
         INSTRUMENT                 SLANDER                    PRODUCT LIABILITY                                                                    [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF        [ ] 330 FEDERAL             [ ] 368 ASBESTOS PERSONAL                                **PROPERTY RIGHTS**                [ ] 430 BANKS & BANKING
         OVERPAYMENT &              EMPLOYERS'                 INJURY PRODUCT                                                                       [ ] 450 COMMERCE
         ENFORCEMENT                LIABILITY                  LIABILITY                                         [ ] 820 COPYRIGHTS  [ ] 880 DEFEND TRADE SECRETS ACT  [ ] 460 DEPORTATION
         OF JUDGMENT        [ ] 340 MARINE              **PERSONAL PROPERTY**                                    [ ] 830 PATENT                     [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT       [ ] 345 MARINE PRODUCT                                                               [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION   ENCED & CORRUPT
[ ] 152  RECOVERY OF                LIABILITY           [ ] 370 OTHER FRAUD                                      [ ] 840 TRADEMARK                        ORGANIZATION ACT
         DEFAULTED          [ ] 350 MOTOR VEHICLE       [ ] 371 TRUTH IN LENDING                                                                         (RICO)
         STUDENT LOANS      [ ] 355 MOTOR VEHICLE                                                                **SOCIAL SECURITY**                [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)            PRODUCT LIABILITY                                   **LABOR**                                                   [ ] 485 TELEPHONE CONSUMER
[ ] 153  RECOVERY OF        [ ] 360 OTHER PERSONAL      [ ] 380 OTHER PERSONAL                                   [ ] 861 HIA (1395ff)                     PROTECTION ACT
         OVERPAYMENT                INJURY                     PROPERTY DAMAGE          [ ] 710 FAIR LABOR       [ ] 862 BLACK LUNG (923)
         OF VETERAN'S       [ ] 362 PERSONAL INJURY -   [ ] 385 PROPERTY DAMAGE                STANDARDS ACT     [ ] 863 DIWC/DIWW (405(g))         [ ] 490 CABLE/SATELLITE TV
         BENEFITS                   MED MALPRACTICE            PRODUCT LIABILITY        [ ] 720 LABOR/MGMT       [ ] 864 SSID TITLE XVI             [ ] 850 SECURITIES/
[ ] 160  STOCKHOLDERS                                                                          RELATIONS         [ ] 865 RSI (405(g))                     COMMODITIES/
         SUITS                                          **PRISONER PETITIONS**          [ ] 740 RAILWAY LABOR ACT                                         EXCHANGE
[ ] 190  OTHER                                          [ ] 463 ALIEN DETAINEE          [ ] 751 FAMILY MEDICAL   **FEDERAL TAX SUITS**              [ ] 890 OTHER STATUTORY
         CONTRACT                                       [ ] 510 MOTIONS TO              LEAVE ACT (FMLA)                                                  ACTIONS
[ ] 195  CONTRACT                                              VACATE SENTENCE                                   [ ] 870 TAXES (U.S. Plaintiff or   [ ] 891 AGRICULTURAL ACTS
         PRODUCT            **ACTIONS UNDER STATUTES**         28 USC 2255              [ ] 790 OTHER LABOR              Defendant)                 [ ] 893 ENVIRONMENTAL
         LIABILITY                                      [ ] 530 HABEAS CORPUS                   LITIGATION       [ ] 871 IRS-THIRD PARTY                  MATTERS
[ ] 196  FRANCHISE          **CIVIL RIGHTS**            [ ] 535 DEATH PENALTY           [ ] 791 EMPL RET INC             26 USC 7609                [ ] 895 FREEDOM OF
                                                        [ ] 540 MANDAMUS & OTHER               SECURITY ACT (ERISA)                                       INFORMATION ACT
                            [ ] 440 OTHER CIVIL RIGHTS                                                                                              [ ] 896 ARBITRATION
**REAL PROPERTY**                   (Non-Prisoner)                                                                                                  [ ] 899 ADMINISTRATIVE
                            [ ] 441 VOTING                                              **IMMIGRATION**                                                   PROCEDURE ACT/REVIEW OR
[ ] 210  LAND               [ ] 442 EMPLOYMENT          **PRISONER CIVIL RIGHTS**                                                                         APPEAL OF AGENCY DECISION
         CONDEMNATION       [ ] 443 HOUSING/                                            [ ] 462 NATURALIZATION
[ ] 220  FORECLOSURE                ACCOMMODATIONS      [ ] 550 CIVIL RIGHTS                    APPLICATION                                         [ ] 950 CONSTITUTIONALITY OF
[ ] 230  RENT LEASE &       [ ] 445 AMERICANS WITH      [ ] 555 PRISON CONDITION        [ ] 465 OTHER IMMIGRATION                                         STATE STATUTES
         EJECTMENT                  DISABILITIES -      [ ] 560 CIVIL DETAINEE                  ACTIONS
[ ] 240  TORTS TO LAND              EMPLOYMENT                 CONDITIONS OF CONFINEMENT
[ ] 245  TORT PRODUCT       [ ] 446 AMERICANS WITH
         LIABILITY                  DISABILITIES -OTHER
[ ] 290  ALL OTHER          [ ] 448 EDUCATION
         REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A **CLASS ACTION**    DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
    UNDER F.R.C.P. 23                      AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                           IF SO, STATE:

DEMAND $_____  OTHER_____   JUDGE_____  DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND:  YES   NO         NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*  **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
  ☐ a. all parties represented
  ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)*  **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

1 U.S. PLAINTIFF    2 U.S. DEFENDANT    3 FEDERAL QUESTION (U.S. NOT A PARTY)    4 DIVERSITY

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

### COURTHOUSE ASSIGNMENT

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN

DATE                               SIGNATURE OF ATTORNEY OF RECORD        ADMITTED TO PRACTICE IN THIS DISTRICT
                                                                          [ ] NO
                                                                          [ ] YES (DATE ADMITTED  Mo. _____  Yr. _____)
RECEIPT #                                                                 Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)